IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50285
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OLGA CHAPA FALCON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-93-CR-100
- - - - - - - - - -
August 1, 1996
Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Olga Chapa Falcon appeals her jury conviction for conspiracy to possess cocaine with intent to distribute and using a telephone to facilitate a felony, complaining of insufficiency of the evidence and an evidentiary ruling. Our review of the record and the arguments and authorities convince us that no reversible error was committed. The evidence was not insufficient. See United States v. Maltos, 985 F.2d 743, 746 (5th Cir. 1992) (drug

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

conspiracy);  United States v. Gonzales-Rodriquez, 966 F.2d at 918, 921 (5th Cir. 1992) (telephone charge).  The district court did not abuse its discretion in admitting the challenged testimony.  United States v. Fortenberry, 919 F.2d 923, 925 (5th Cir. 1990), cert. denied, 499 U.S. 930 (1991).

AFFIRMED.